IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CRAIG BAKKALA
ADC # 155500                                                                                              PLAINTIFF

vs.                          CASE NO. 5:16-cv-00143 JMM-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                                       DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a <u>de novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 5th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE