IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CRAIG BAKKALA
ADC # 155500                                                                                          PLAINTIFF

vs.                           CASE NO. 5:16-cv-00143 JMM-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                                       DEFENDANT

## JUDGMENT

Bakkala's petition for a writ of habeas corpus is dismissed with prejudice.

IT IS SO ORDERED THIS 5th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE